UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE D. LA

2007 APR -2  P 4:02

YAKOV G. DRABOVSKIY (#07245032)

VERSUS

INS, ET AL.

CIVIL ACTION

NO. 07-172-D-M3

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 14, 2007 (doc. no. 4). Plaintiff has filed an objection which the court has considered in conducting a *de novo* review of the record.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's habeas corpus relief is DISMISSED for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this 2nd day of April, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE